## EX PARTE HAGAR.

The District Court sitting in admiralty will not be restrained from proceeding in a suit to recover pilotage.

Petition for a writ of prohibition.

The facts are stated in the opinion of the court.

The case was argued by *Mr. Henry G. Ward* and *Mr. Richard E. McMurtrie* for the petitioner, and by *Mr. Edward G. Bradford* and *Mr. Thomas F. Bayard, contra.*

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This is an application by the agent of the master, part-owner, and claimant of the British ship "William Law," for a writ of prohibition to restrain the District Court of the District of Delaware, sitting in admiralty, from proceeding further in a suit pending in that court against the vessel to recover the half-pilotage, which is claimed to be due under the statutory regulations of Delaware, for refusing to accept the services of a pilot when tendered, outside of Cape Henlopen light-house, to conduct the ship to the Delaware breakwater, where she was bound for orders. It has long been settled that claims for pilotage fees are within the jurisdiction of the admiralty. *Ex parte McNeil*, 13 Wall. 236; *Hobart* v. *Drogan*, 10 Pet. 108. Such being the case, under the decision just rendered in *Ex parte Gordon* (*supra*, p. 515), the District Court can properly hear and decide the matters in dispute, and the application for the writ is accordingly

*Denied.*